1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

9

10

11

12

13

| STEVEN BROOMFIELD, | Case No. 3:16-cv-00427-MMD-WGC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ROMEO ARANAS et al., | |
| Defendants. | |

14

15   Plaintiff, who has counsel for the limited purpose of settlement, previously filed an

16   application to proceed *in forma pauperis* and a civil rights complaint pursuant to 42 U.S.C.

17   § 1983. (ECF No. 1-1, 4.) The Court has not yet screened the complaint. On December

18   29, 2016, Plaintiff, *pro se*, filed a motion to dismiss the case in its entirety. (ECF No. 8).

19   On January 5, 2017, Plaintiff's attorney filed a notice of voluntary dismissal. (ECF No. 9).

20   Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an

21   action without a court order by filing "a notice of dismissal before the opposing party

22   serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

23   The Court grants Plaintiff's motion to voluntarily dismiss (ECF No. 8) this action because

24   no responsive pleading has been filed in this case. As such, the Court dismisses this

25   action without prejudice.

26   For the foregoing reasons, it is ordered that the motion for voluntary dismissal

27   (ECF No. 8) is granted.

28   It is further ordered that this action is dismissed in its entirety without prejudice.

It is further ordered that the application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

It is further ordered that the Clerk of the Court enter judgment accordingly.

DATED THIS 10th day of January 2017.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE